**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:14-CR-24-6 |
| | § | |
| STEVEN MOTT | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action,

this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #301) that

Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of

eighteen (18) months, with no supervised release to follow such term of imprisonment.

Additionally, the Magistrate Judge recommended Defendant be placed at FCI Texarkana in

Texarkana, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received

Defendant's waiver of his right to object to the proposed findings and recommendations of the

Magistrate Judge (Dkt. #300), the Court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and

conclusions of the Court.  Accordingly, Defendant is hereby committed to the custody of the

Bureau of Prisons to be imprisoned for a term of eighteen (18) months, with no supervised

release to follow such term of imprisonment.   Additionally, the Court recommends Defendant

be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

**SIGNED this 27th day of March, 2024.**


_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE